In the Matter of ANNA CURRY, Respondent, against JOHN CURRY, Appellant.

Argued September 27, 1937; decided October 12, 1937.

*Francis X. Nicastro* and *John F. Hughes* for appellant.

*Paul Windels, Corporation Counsel (James Hall Pro-thero, Paxton Blair, Arthur Bainbridge Hoff* and *Elizabeth Rogers Horan* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.